# PATRICK J. CERILLO, LLC

## ATTORNEY AT LAW

PATRICK J. CERILLO*, Esq.　　　　　4 WALTER FORAN BLVD.　　　　　BASKING RIDGE OFFICE
JOHN P. CIONE, Esq.** Of Counsel　　　　SUITE 402　　　　　　　　　88 SOUTH FINLEY AVENUE
** Licensed in New York　　　　　　FLEMINGTON, NJ 08822　　　　　BASKING RIDGE, NJ 07920

Alla S. Fromm, Litigation Paralegal　　VOICE:  (908) 284-0997
afrommlaw@comcast.net　　　　　　FAX: (908) 284-0915　　　　　　**REPLY TO:**
Christie P. Fay, Real Estate Paralegal　　　　　　　　　　　　　　FLEMINGTON OFFICE
pjcrealestate@comcast.net
*Qualified Family Mediator per R. 1:40　　EMAIL: pjcerillolaw@comcast.net

September 30, 2014

The Honorable Cathy L. Waldor, Magistrate Judge
Courtroom MLK 4C
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

　　　Re:　**Malibu Media, LLC v. John Doe subscriber assigned IP address 108.35.237.90**
　　　　　**Case No:  2:14-cv-04334-SRC-CLW**

Dear Judge Waldor:

　　　Please be advised that the undersigned represents Plaintiff in the above-referenced matter. On September 25, 2014, Your Honor entered an Order granting Plaintiff's Motion for Leave to Serve a Third Party Subpoena prior to a Rule 26(f) Conference (Document #5).
　　　The Orders references Comcast as to the internet service provider ("ISP") on page 4. It has come to our attention that the true ISP is Verizon. Verizon demands a new Order specifically referencing Verizon in the Order.
　　　Therefore, it is respectfully requested that the Order dated September 25, 2014 be amended accordingly to allow plaintiff to proceed with this case.
　　　I thank Your Honor for your courtesies and attention to this matter. Should the Court have questions regarding the foregoing, please do not hesitate to contact me at (908) 284-0997.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　*/s/ Patrick J. Cerillo*

　　　　　　　　　　　　　　　　Patrick J. Cerillo, Esquire

PJC/cpf
Cc:　　Malibu Media, LLC