# PATRICK J. CERILLO, LLC

## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD. | BASKING RIDGE OFFICE |
| JOHN P. CIONE, Esq.** Of Counsel | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| ** Licensed in New York | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |

Alla S. Fromm, Litigation Paralegal  VOICE: (908) 284-0997
afrommlaw@comcast.net   FAX: (908) 284-0915   **REPLY TO:**
Christie P. Fay, Real Estate Paralegal      FLEMINGTON OFFICE
pjcrealestate@comcast.net
*Qualified Family Mediator per R. 1:40   EMAIL: pjcerillolaw@comcast.net


September 30, 2014

The Honorable Cathy L. Waldor, Magistrate Judge
Courtroom MLK 4C
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: **Malibu Media, LLC v. John Doe subscriber assigned IP address 108.35.237.90**
**Case No: 2:14-cv-04334-SRC-CLW**

Dear Judge Waldor:

Please be advised that the undersigned represents Plaintiff in the above-referenced matter. On September 25, 2014, Your Honor entered an Order granting Plaintiff's Motion for Leave to Serve a Third Party Subpoena prior to a Rule 26(f) Conference (Document #5).
The Order references Civil Action No. 2:14-cv-04324-SRC-CLW. The actual civil action number this ISP refers to is 2:14-cv-04334-SRC-CLW.
The Order also references Comcast as to the internet service provider ("ISP") on page 4. It has come to our attention that the true ISP is Verizon. Verizon demands a new Order specifically referencing Verizon in the Order.
Therefore, it is respectfully requested that the Order dated September 25, 2014 be amended accordingly to allow plaintiff to proceed with this case.
I thank Your Honor for your courtesies and attention to this matter. Should the Court have questions regarding the foregoing, please do not hesitate to contact me at (908) 284-0997.

Very truly yours,

*/s/ Patrick J. Cerillo*

Patrick J. Cerillo, Esquire

PJC/cpf
Cc:   Malibu Media, LLC