Case 2:14-cv-04334-SRC-CLW   Document 12   Filed 12/22/14   Page 1 of 2 PageID: 119

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

JOHN DOE SUBCRIBER ASSIGNED IP
ADDRESS 108.35.237.90, ET AL.,
*Defendant*

CASE NUMBER: 2:14-CV-04334-SRC-CLW

TO: *(Name and address of Defendant):* VITALE YANKOVSKY
26-06 Kipp Street
Fair Lawn, New Jersey 07410

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick J. Cerillo, Esq.
4 Walter E. Foran Blvd., Suite 402
Flemington, New Jersey 08822
Ph: (908) 284-0997

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

DONNA DE ANGELIS
(By) DEPUTY CLERK



ISSUED ON 2014-12-22 09:16:42, Clerk
USDC NJD

01/15/2015 3:07 PM FAX 9082840915            PATRICK J CERILLO LLC                    ☒0003/0003

Case 2:14-cv-04334-SRC-CLW   Document 12   Filed 12/22/14   Page 2 of 2 PageID: 120

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  DATE  1/4/15  2:28 PM

NAME OF SERVER (PRINT)  MANUEL RAYO   TITLE  PROCESS SERVER

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 26-06 KIPP ST.
FAIR LAWN, NJ 07410

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/15
          Date

Signature of Server

Court House Legal Services Inc.
112 Haddontowne Ct.
Suite 304
Cherry Hill, N.J. 08034

Address of Server

DESCR. - 45 yrs WHITE MALE
          5'10" 200 BROWN HAIR