AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>*Plaintiff* )<br>v. )<br>VITALE YANKOVSKY, )<br>*Defendant* ) | Case No. 2:14-cv-04334-SRC-CLW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant, Vitale Yankovsky

Date: 04/01/2015

/s/ Leslie A. Farber
*Attorney's signature*

Leslie A. Farber, Bar No. LF7810
*Printed name and bar number*

33 Plymouth Street, Suite 204
Montclair, NJ 07042
*Address*

LFarber@LFarberLaw.com
*E-mail address*

(973) 509-8500
*Telephone number*

(973) 860-1174
*FAX number*