UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Stanley R. Chesler, U.S.D.J. |
| *Plaintiff,* | Case No. 2:14-cv-04334 (SRC) (CLW) |
| vs. | CIVIL ACTION |
| **VITALE YANKOVSKY,** | **CONSENT ORDER** |
| *Defendant.* | |

**THIS MATTER**, having been brought before the Court on the application of Leslie A. Farber, LLC, attorneys for defendant, Leslie A. Farber, Esq., appearing, for an Order Vacating Default and affording defendant twenty-one (21) days to Answer or otherwise respond to plaintiff's Complaint; and counsel for plaintiff having consented there, and good cause having been shown;

IT IS on this 7TH day of April, 2015,

ORDERED:

1. That Default Entered against defendant is hereby VACATED;

2. The defendant shall have twenty-one (21) days to Answer or otherwise respond to plaintiff's Complaint.

_____
Hon. Stanley R. Chesler, U.S.D.J.